# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

M. Bradford,

    Plaintiff

    v.

Station Casinos LLC,

    Defendant

Case No.: 2:13-cv-02265-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 2]**

    Before the Court is Magistrate Judge Cam Ferebach's Report and Recommendation regarding Plaintiff M. Bradford's trademark infringement action against defendant Station Casino LLC. Doc. 2 at 1. The Report recommends that Bradford's complaint be dismissed with leave to amend and that a date be set for filing the amended complaint to avoid dismissal with prejudice. Doc. 2 at 5. The Report was entered December 13, 2013. Doc. 2. Objections were due December 30, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Ferenbach's Report and Recommendation **[Doc. 2]** is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Bradford's complaint is **DISMISSED** with leave to amend. Bradford shall have until March 7, 2014, to file a properly amended complaint that cures the deficiencies identified in the Magistrate Judge's Report and Recommendation [#2] and complies with the Rules of this Court. **Bradford is strongly cautioned that this case will be dismissed with prejudice if** he fails to either: (1) file a properly amended complaint that states a viable claim for relief and cures the deficiencies identified in the Report and Recommendation; or (2) do so by the March 7, 2014, deadline. Plaintiff is further advised that under Local Rule 15-1(a) any amended complaint that is filed with the court must be complete in itself without reference to prior filings. Any allegations, parties, or requests for relief from prior papers that are not carried forward and reasserted in the amended complaint no longer will be before the court and will be deemed abandoned.

DATED February 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge